IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JMR HOLDINGS,LLC, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**VALLEY FORGE INSURANCE CO.,**<br><br>*Defendant.* | Case No. 2:21-cv-00839-JDW |

## ORDER

**AND NOW**, this 23rd day of August, 2021, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 19) is **GRANTED** and JMR Holding's amended complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge