# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JMR HOLDINGS, LLC, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VALLEY FORGE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:21-cv-00839 |

## NOTICE OF APPEAL

Notice is hereby given that JMR Holdings, LLC, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Third Circuit from the Memorandum and Opinion [Rec.Doc. 30] and Order [Rec.Doc. 31] granting the Defendant's Motion to Dismiss entered August 23, 2021.

Respectfully submitted,

Dated:  September 20, 2021

 /s/ Daniel C. Levin
Arnold Levin
Laurence S. Berman
Frederick S. Longer
Daniel C. Levin
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
alevin@lfsblaw.com
lberman@lfsblaw.com
flonger@lfsblaw.com
dlevin@lfsblaw.com

Richard M. Golomb
Kenneth J. Grunfeld.
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
rgolomb@golombhonik.com
kgrunfeld@golombhonik.com

W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Dee.Miles@BeasleyAllen.com
Rachel.Boyd@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I, Daniel C. Levin, certify that a copy of the foregoing Notice of Appeal was filed on

September 20, 2021 with the Clerk of the Clerk using the Court's CM/ECF system and was served

on all counsel electronically via the Court's ECF system.

*<u>/s/ Daniel C. Levin</u>*