# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2758

JMR Holdings LLC v. Valley Forge Insurance Co

(U.S. District Court No.: 2-21-cv-00839)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 28, 2024
CJG/cc:    Laurence S. Berman, Esq.
           H. Christopher Boehning, Esq.
           Ilana H. Eisenstein, Esq.
           Matthew A. Goldberg, Esq.
           Nathan P. Heller, Esq.
           Arnold Levin, Esq.
           Daniel C. Levin, Esq.
           Frederick S. Longer, Esq.
           Timothy P. Pfenninger, Esq.
           Kannon K. Shanmugam, Esq.
           Mr. George V. Wylesol

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate